

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

John Wesley Covington,          * From the 318th District Court
                                 of Midland County,
                                 Trial Court No. FM61,157.

Vs. No. 11-24-00167-CV          * July 11, 2024

Dolores Maldonado Covington,    * Per Curiam Memorandum Opinion
                                 (Panel consists of: Bailey, C.J.,
                                 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against John Wesley Covington.